ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: July 6, 2016  
START: 3:00 p.m.  
END: 3:30 pm

DOCKET NO: 16-CV-110 (NGG)  
CASE: Timmons v. City of New York, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Gabriel Harvis |
| | |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Ben Kuruvilla |
| | |
| | |

- [x] FACT DISCOVERY TO BE COMPLETED BY December 16, 2016
- [x] NEXT (Settlement) CONFERENCE SCHEDULED FOR August 26, 2016 10 AM
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures shall have been exchanged. Pleadings may be amended until July 19, 2016. Requests for a premotion conference are due by December 23, 2016.